# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Mamie Nicole Morsette, | ) | Case No. 1:22-cr-096 |
| | ) | |
| Defendant. | ) | |

On December 8, 2022, the court issued an order granting defendant's "Motion to Modify Conditions of Pre-Trial Release" and conditionally releasing defendant no earlier than 9:00 AM on December 16, 2022, to a representative of the MHA transportation team for transport to the Good Road Recovery Center in Bismarck. Defendant is presently in custody at the Sherburne County Jail in Elk River, Minnesota.

The MHA transportation team's arrival in Elk River has been delayed due to inclement weather. Consequently, the court **AMENDS** its December 8, 2022, order as follows. Defendant shall be released to a member of the MHA transportation team no earlier than 9:00 AM on December 19, 2022, for immediate transport to the Good Road Recovery Center. Defendant's release is subject to all the conditions set forth in December 8, 2022, order.

**IT IS SO ORDERED.**

Dated this 16th day of December, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court